JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Star Fabrics Inc <br><br> Plaintiff, <br><br> v. <br><br> Macys Inc. et al <br><br> Defendants. | Case No. CV 15-03447-AB (PJWx) <br><br> ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 6, 2015  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.